David M. Freeman, Esq.
dfreeman@hwb-law.com
Stacey C. Stone, Esq.
sstone@hwb-law.com
HOLMES WEDDLE & BARCOTT, P.C.
701 W. Eighth Avenue, Suite 700
Anchorage, Alaska 99501-3408
Phone: (907) 274-0666
Fax: (907) 277-4657

K. Bradley Mellor, Esq.
bmellor@bglaw-llp.com
Steven P. Engel, Esq.
sengel@bglaw-llp.com
Blumling & Gusky, LLP
1200 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone: (412) 227-2500
Fax: (412) 227-2050

Attorneys for Plaintiff Quanta Power Generation, Inc.

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| QUANTA POWER GENERATION, INC., | : |
| Plaintiff, | : |
| v. | : |
| STANTEC CONSULTING SERVICES, INC., | : |
| Defendant. | : |
| | : Case No. 3:16-cv-00163-TMB |

### MOTION TO CONSOLIDATE

COMES NOW, Plaintiff, Quanta Power Generation, Inc., by and through its undersigned counsel, Holmes, Weddle & Barcott, P.C., local counsel, and Blumling & Gusky, LLP, and respectfully requests pursuant to Fed. R. Civ. P. 42 that this Honorable Court consolidates the actions pending in this Honorable Court at Case No. 3:16-cv-

00162-SLG and Case No. 3:16-cv-00163-TMB, for all purposes including trial, and in support thereof, states as follows:

1. The action at Case No. 3:16-cv-00163-TMB arises from the design and construction of 120-megawatt combined-cycle power plant for the Municipality of Anchorage Municipal Light and Power located at 8670 Glenn Highway, Anchorage, AK ("the Project").

2. Quanta, the Plaintiff in Case No. 3:16-cv-00163-TMB, entered into an engineer, procure and construct contract ("the Prime Contract") with the owner, Municipality of Anchorage Municipal Light & Power ("the Owner") under which it agreed to serve as the EPC Contractor and to engineer and construct the new power plant that was being built as part of the Project.

3. In connection with its role as the EPC Contractor on the Project, Quanta entered into a subcontract with Stantec, the Defendant in Case No. 3:16-cv-00163-TMB, under which it agreed to serve as the EPC Engineer for the Project (the "Subcontract").

4. During the course of the work on the Project, certain disputes arose between Quanta and Stantec, including among others, certain disputes regarding deliverables required by the Subcontract, deficiencies in the work that was performed by Stantec on the Project, the extent and effect of impacts caused by Stantec's errors and breach of the Subcontract, and whether Stantec was entitled to be paid any further amounts under the Subcontract.

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

5. On August 1, 2016, Quanta filed a civil action in this Court against Stantec that was docketed at Case No. 3:16-cv-00163-TMB ("the Quanta Claim"), which sought to recover damages as a result of the deficiencies in Stantec's work on the Project.

6. On the same date, Stantec filed a separate lawsuit against Quanta that was docketed at Case No. 3:16-cv-00162-SLG ("the Stantec Claim"), which sought to recover certain alleged remained amounts that it contends are due in connection with the Subcontract and certain other amounts that it contends are due in connection with alleged additional work on the Project.

7. The Quanta Claim is more complex and is larger than the Stantec Claim.

8. Both the Quanta Claim and the Stantec Claim arise out of the same construction project and the same subcontract and therefore contain a myriad of common questions of both law and fact.

9. The Quanta Claim and the Stantec Claim will most efficiently and economically be adjudicated if the cases are heard in the same courtroom.

10. Consolidation will serve as an aid to the convenience of the parties and will preserve the valuable resources of this Court.

11. Consolidation of the Quanta and Stantec Claims can be accomplished without prejudice to any substantial right of the parties.

12. Accordingly, Quanta respectfully requests that the Stantec Claim be consolidated with the larger, more complex Quanta Claim at Case No. 3:16-cv-00163-TMB.

MOTION TO CONSOLIDATE
Page 3 of 4

*Quanta Power Generation, Inc. v.*
*Stantec Consulting Services, Inc.*
Case No. 3:16-cv-00163-TMB

Case 3:16-cv-00163-SLG   Document 8   Filed 08/02/16   Page 3 of 4

WHEREFORE, Defendant, Quanta Power Generation, Inc., respectfully requests this Honorable Court enter the attached Proposed Order of Court, consolidating the action at Case No. 3:16-cv-00162-SLG with the civil proceeding pending in this Honorable Court at Case No. 3:16-cv-00163-TMB, for all purposes, including trial, together with such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 2nd day of August, 2016, at Anchorage, Alaska.

> HOLMES WEDDLE & BARCOTT, P.C.
> Local Counsel for Plaintiff
> Quanta Power Generation, Inc.
>
> /s/ David M. Freeman
> David M. Freeman, Esq.
> AK Bar No. 7808066
> Stacey C. Stone, Esq.
> AK Bar No. 1005030
>
> BLUMLING & GUSKY, LLP
> Counsel for Plaintiff
> Quanta Power Generation, Inc.
>
> /s/ K. Bradley Mellor (consent)
> K. Bradley Mellor, Esq.
> Pa. I.D. No. 61363
> Steven P. Engel, Esq.
> Pa. I.D. No. 74524