# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

STANTEC CONSULTING SERVICES INC.   v.   QUANTA POWER GENERATION, INC.

LESLEY K. ALLEN, DISTRICT COURT EXECUTIVE/CLERK OF COURT

DEPUTY CLERK                                          CASE NO. 3:16-cv-00163-TMB

Suzannette David-Waters

PROCEEDINGS: **CLERK'S NOTICE**                      DATE: September 6, 2016

      In light of the Order of Consolidation at docket 23 in case 3:16-cv-00162-SLG, the above referenced case is hereby reassigned to the Honorable Sharon L. Gleason.

      Any reference to the above referenced case shall contain the following case number: 3:16-cv-00163-SLG.